UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

WILL SMITH AND CAROL SMITH,

        Plaintiffs,        CIVIL NO.: 10-CV-3178 DSD/LIB

v.

                                **NOTICE OF VOLUNTARY**
WYSE FINANCIAL SERVICES,    **DISMISSAL WITH PREJUDICE**

        Defendant.
_____

    **NOTICE IS HEREBY GIVEN THAT** the Plaintiffs in the above-entitled action voluntarily dismiss this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                              MARTINEAU, GONKO & VAVRECK, PLLC

Dated: October 19, 2010       s/ Mark L. Vavreck                   .
                                  Mark L. Vavreck, Esq.
                                  Attorney I.D.#0318619
                                  Attorney for Plaintiff
                                  Designers Guild Building
                                  401 North Third Street, Suite 600
                                  Minneapolis, MN 55401
                                  Telephone: (612) 659-9500
                                  Facsimile:  (612) 659-9220