# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

WILL SMITH AND CAROL SMITH,

        Plaintiffs,                 CIVIL NO.: 10-CV-3178 DSD/LIB

v.

                                   **ORDER FOR DISMISSAL**

WYSE FINANCIAL SERVICES,

        Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice, document number 3, filed by plaintiffs on October 21, 2010, and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED:** that all claims asserted by plaintiffs in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.


Dated:   October 21, 2010         s/David S. Doty
                                         David S. Doty
                                         United States District Judge